United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| POLAT OGUZ GULEC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-3897 |
| | § | |
| BRYAN HEMMING, *et al.* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants have filed an unopposed motion for an extension of time to file an answer or otherwise respond to Polat Oguz Gulec's complaint.  (Docket Entry No. 7).  The court grants the unopposed motion.  The defendants must file an answer or other responsive pleading no later than September 18, 2026.

SIGNED on July 8, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge