United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| POLAT OGUZ GULEC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-3897 |
| BRYAN HEMMING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1), all claims in this civil action are voluntarily dismissed without prejudice. (Docket Entry No. 9). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on July 28, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge